## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Fieten, Mary R

Printed:  3/4/08

Case Number:  05 B 08019
Judge:  Hollis, Pamela S
Filed:  3/7/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Completed: February 7, 2008
Confirmed: April 18, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 10,200.00 |  |
| Secured: |  | 6,025.17 |
| Unsecured: |  | 769.38 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,000.00 |
| Trustee Fee: |  | 452.49 |
| Other Funds: |  | 952.96 |
| Totals: | 10,200.00 | 10,200.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ledford & Wu | Administrative | 2,000.00 | 2,000.00 |
| 2. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 3. | Wells Fargo Home Mortgage | Secured | 5,525.00 | 5,525.00 |
| 4. | Village of Dolton | Secured | 500.17 | 500.17 |
| 5. | Nicor Gas | Unsecured | 717.59 | 717.59 |
| 6. | Specialized Management Consultants | Unsecured | 51.79 | 51.79 |
| 7. | Illinois Title Loans | Secured |  | No Claim Filed |
| 8. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 9. | Ingalls Memorial Hospital | Unsecured |  | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 8,794.55 | $ 8,794.55 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 34.69 |
| 3% | 27.98 |
| 5.5% | 141.75 |
| 5% | 51.13 |
| 4.8% | 86.40 |
| 5.4% | 110.54 |
| | _____ |
| | $ 452.49 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Fieten, Mary R

Printed:  3/4/08

Case Number:  05 B 08019

Judge:  Hollis, Pamela S

Filed:  3/7/05

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

